UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KYETHA SWEETING,<br><br>        Plaintiff,<br><br>    v.<br><br>VICTOR HILL, in his official capacity as the Sheriff of Clayton County,<br><br>        Defendant. | CIVIL ACTION NO.<br>1:19-CV-02200-JPB |

## ORDER

This matter is before the Court on Defendant's Motion to Stay Proceedings or, in the alternative, Certify Novel Issues of Law to the Georgia Supreme Court [Doc. 66]. Plaintiff initially opposed Defendant's motion. [Doc. 67]. Thereafter, however, Plaintiff filed a withdrawal of opposition indicating that she does not oppose a stay of this matter. [Doc. 70]. Because Plaintiff does not oppose a stay or believe that her legal rights will be prejudiced, Defendant's motion [Doc. 66] is **GRANTED**.

**IT IS HEREBY ORDERED** that this matter is stayed until either Governor Brian Kemp appoints a temporary replacement officer for Defendant Hill or the criminal process of the felony indictment of Defendant Hill runs its course. In the meantime, the Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this

case for docket management purposes. Administrative closure will not prejudice the rights of the parties to this litigation in any manner nor preclude the filing of documents. The parties may request the matter be reopened at any time, at which time the parties should attend mediation and proceed to trial, if necessary.

**SO ORDERED** this 18th day of October, 2021.

_____
J. P. BOULEE
United States District Judge