UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KYETHA SWEETING,

    Plaintiff,

v.

LEVON ALLEN, in his official capacity as the Sheriff of Clayton County, Georgia,

    Defendant.

CIVIL ACTION NO.
1:19-CV-02200-JPB

## ORDER

This matter is before the Court on the parties' Joint Petition for Writ of Habeas Corpus Ad Testificandum [Doc. 93]. The Court has considered the following factors: (1) whether the witness's presence will substantially further the resolution of the case; (2) the security risks presented by the witness's presence; and (3) the expense of the witness's transportation and safekeeping. See Pollard v. White, 738 F.2d 1124, 1125 (11th Cir. 1984). Authorizing a writ is appropriate in this case, and therefore, the Joint Motion [Doc. 93] is **GRANTED**.

To accommodate the parties' request for a writ, the Court will specially set this matter. This matter is now specially set for trial beginning on August 22, 2023, at 9:00 AM.

**IT IS HEREBY ORDERED** that on August 22, 2023, at 9:00 AM, the Federal Bureau of Prisons, FCI Forrest City Low is to produce Victor Hill before the United States District Court for the Northern District of Georgia, Atlanta Division, in Courtroom 1908 located at 1988 Richard B. Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303-3309, so Victor Hill may then appear for and provide testimony at trial in the above-captioned case.

**SO ORDERED** this 12th day of June, 2023.

_____
J. P. BOULEE
United States District Judge